# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF NORTH CAROLINA
# STATESVILLE DIVISION
# 5:19-cv-82-KDB-DSC

| | |
|---|---|
| TREVOR STANLEY GREENE, | )<br>) |
| Plaintiff, | )<br>) |
| vs. | )<br>) **ORDER** |
| AMY DODSON, | )<br>) |
| Defendant. | )<br>) |

**THIS MATTER** is before the Court on its August 21, 2019, Order. (Doc. No. 3).

Plaintiff filed the *pro se* Complaint and Application to Proceed in District Court Without Prepaying Fees or Costs on June 20, 2019. (Doc. Nos. 1, 2). The Court issued an Order on August 21, 2019, dismissing the Complaint as frivolous and denying the Application to proceed *in forma pauperis*. (Doc. No. 3). The Court ordered Plaintiff to either file a sufficient application to proceed *in forma pauperis* or to pay the $400 filing fee, and to file an Amended Complaint within 14 days. (Id.). The Court cautioned Plaintiff that "[f]ailure to comply … will probably result in this case's closure without further notice to Plaintiff." (Doc. No. 3 at 4).

Plaintiff has failed to comply with the Court's Order and the time to do so has now expired. It appears that Plaintiff has abandoned this case and therefore dismissed without prejudice. Fed. R. Civ. P. 41(b) ("If the plaintiff fails to prosecute or to comply with these rules or a court order, a defendant may move to dismiss the action or any claim against it."); Link v. Wabash R.R. Co., 370 U.S. 626, 631-33 (1962) (although Rule 41(b) does not expressly provide for *sua sponte* dismissal, a district court has the inherent power to dismiss a case for lack of prosecution or violation of a court order).

1

**IT IS, THEREFORE, ORDERED that:**

(1) <u>This action is dismissed without prejudice for Plaintiff's failure to comply with the Court's August 21, 2019 Order</u>.

(2) The Clerk of this Court is directed to terminate this action.

Signed: September 26, 2019

Kenneth D. Bell
United States District Judge