# United States District Court
## Western District of North Carolina
## Statesville Division

| | | |
|---|---|---|
| Trevor Stanley Greene**,** | ) | JUDGMENT IN CASE |
| | ) | |
| Plaintiff(s), | ) | 5:19-cv-00082-KDB-DSC |
| | ) | |
| vs. | ) | |
| | ) | |
| Amy Dodson**,** | ) | |
| | ) | |
| Defendant(s). | | |

 DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's September 26, 2019 Order.

September 26, 2019

Frank G. Johns, Clerk
United States District Court